

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2012

**BY EMAIL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/12
```

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Robert A. Calvente and Daniel R. Delvalle,
                12 Cr. 732(WHP)

Dear Judge Pauley:

      The above-referenced matter was assigned to Your Honor this past Wednesday, September 19, 2012. The indictment, a copy of which is enclosed, charges the defendants with participating in a conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846. I have spoken with Your Honor's Deputy Clerk, who has advised me that the Court is available to hold an initial pre-trial conference and arraignment in this matter on Monday, September 24, 2012 at 10:00 a.m.

      I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from September 20, 2012 to September 24, 2012 at 10:00 a.m. The ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial because the continuance will allow the Government to prepare discovery, for the defense to review discovery and for the defense to consider whether there will be a disposition or whether there are any motions the defense wishes to file.

Application granted

SO ORDERED:
*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
9/26/12

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    /s/
Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

Enclosures
cc:    Lisa Scolari, Esq. (By email, w/ encl.)
       Lance Croffoot-Suede, Esq. (By email, w/ encl.)