UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA, :

        -against- :     12 Cr. 732 (WHP)

DANIEL DELVALLE :     <u>ORDER</u>

                    Defendants. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court received the attached letters on November 13, 2012 and now forwards them to counsel. No further action will be taken.

Dated: December 6, 2012
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III,
                                U.S.D.J.

*All Counsel of record:*

Ryan Poscablo, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Lance Croffoot-Suede
Linklaters, LLP
1345 Avenue of the Americas
19th Floor
New York, NY 10105
*Counsel for Defendant Delvalle*

Judge, William H. Pauley

500 Pearl St.

New York New Judge, William H. Pauley

500 Pearl St.

New York New York 10007

Re: Daniel Delvalle

Dear Mr. Pauley:

I confirm that I have known Daniel Delvalle for 26 years. Am his mother my name is Diana Rivera, I work for the Department of Education in San Juan, Puerto Rico as an English Teacher.

At all times I have found my son Daniel Delvalle to be obedient, dependable, reliable, conscientious, loving, courteous, young man. He is as helpful as possible, especially when it comes to his family. He grew up surrounded by the love of his mother and grandparents.

Daniel is the only one that provides care to his grandmother who suffered a heart attack and had an open heart surgery. His grandmother continues to suffer from this decease. Daniel takes care of her takes her to her cardiologist appointment, keeps track of her appointments, food shopping, and provides her with her daily medication. Daniel is the only one that helps her with her health condition. My mother cannot do much on her own. Specially, now that my father deceased on 07/14/2012 leaves her to fend for herself.

Judge, Pauley I hope you will give a serious consideration.

I feel these attributes demonstrate Daniels exceptional character. Please consider.

I'm happy to provide further information if required.

Sincerely,

Diana Rivera

CC: Attorney, Mr. Thomas Haskin



November 4, 2012

Re: Daniel DelValle

To Who It May Concern,

My name is Monica Cecilio-Rivera and I am married to Daniel's Uncle, Robert. I have known Danny for over twenty years. He has always been a considerate and caring young man especially when it comes to his family. He grew up surrounded by the love from his grandparents, until the untimely death of his Grandfather, which now leaves his Grandmother to fend for herself. She relied on Danny for his companionship and support. He has been a great help to his Grandmother who misses him immensely.

He is the only one who is able to care/provide for her on a daily basis. He also has his own family in which he cares for. But since the death of his Grandfather he has devoted all of his time and dedication to being with and helping his Grandmother. He will always put his family first but he is the type of man that if you needed him he would be there as well.

Danny has always been a conscientious young man. Because of his surroundings and the geography of where he grew up on the streets of the South Bronx this aspect of his life never overtook his generosity, his loving character and/or his moral values. He still is the decent young man his Grandparents helped him to become.

Sincerely,

Monica Cecilio-Rivera



11-2-12

Dear Judge William H. Pauley

Hi my name is Saroya Johnson, Daniel Delvalle only Sons Mother. I've know Mr. Delvalle for 7yrs and it was a cool crazy 7yrs lol.
We meet went out argued disagreements but what couple dont. But I know one thing when I was sick he never left my side. As a young couple with a kid I didn't know we would have last long.
His family was another big part of our silly lives cause they was always there for us they love damy so much words can't explain. Thats how I know it's real and thats where he gets his caring loving ways from.
Daniel Delvalle is ~~funny~~ funny, silly, smart, giving, ~~just~~ an outgoing person. He is a dedicated father espcially with is stepson Samire.
I really need daniel Delvalle home he is a big part of me and my sons life, they miss him so much Judge Williams H. Pauley. Thank you for giving me a chance to speak on Daniel Delvalle behalf

Thank you.
Sincerly, S. Johnson