```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :      ORDER
                                 :
DANIEL DELVALLE,                        S1 12 Cr. 732 (WHP)
      a/k/a "BD,"                :
ROBERT CALVENTE,
      a/k/a "Rob,"               :
ANGEL CONCEPCION,
      a/k/a "Cito,"              :
      a/k/a "Sepa," and
LEON SANTIAGO,                   :
      a/k/a "Yuko,"
                                 :
        Defendants.
                                 :
- - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/13

Upon the application of the United States of America by Ryan Poscablo, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S1 12 Cr. 732, be unsealed.

Dated: New York, New York
       February 8, 2013

_____
UNITED STATES MAGISTRATE JUDGE