UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  NOTICE OF MOTION

      v.

                                  12 CR. 732 (WHP)

DANIEL DELVALLE et al.

          Defendants.
_____

       PLEASE TAKE NOTICE that, as set forth in the annexed DECLARATION of Henry J. Steinglass, Esq., DEFENDANT LEON SANTIAGO hereby joins in all co-defendants' motions insofar as applicable to Defendant Santiago.


Dated: New York, New York
June 19, 2013                              s/_____
                                                  Henry J. Steinglass
                                                      Attorney for Defendant Leon Santiago
                                                 299 Broadway, Suite 1802
                                                 New York NY 10007
                                                 (212) 406-7700


To: All Counsel and Clerk via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                              DECLARATION

    v.

                    12 CR. 732 (WHP)

DANIEL DELVALLE et al.

    Defendants.
_____

  HENRY J. STEINGLASS, declares under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that:

  1. I represent Defendant LEON SANTIAGO in this proceedings.

  2. I submit this Declaration in order to join in all co-defendants' motions insofar as applicable to Mr. Santiago, including what I understand will be a motion by Defendant Samuel Torres' counsel for a bill of particulars with a request that supplemental motions be permitted based on information provided subsequent to this motion deadline..

Dated: New York, New York
   June 19, 2013           s/_____
                   Henry J. Steinglass