UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )        No. 12-cr-732 (WHP)
                                    )
DANIEL DELVALLE, et al.,            )
                                    )
         Defendants.                )
_____)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon Defendant Daniel Delvalle's Motion for a Bill of Particulars, and the accompanying Memorandum of Law in Support thereof, and upon the public record and all prior papers and proceedings herein, the undersigned will move this Court before the Honorable William H. Pauley III, United States District Judge, United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure directing the Government to provide a bill of particulars and for additional relief.

Dated: June 19, 2013
       New York, New York

                                        Respectfully submitted,

                                        /s/ Lance Croffoot-Suede
                                        Lance R. Croffoot-Suede, Esq.
                                        Linklaters LLP
                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000
                                        (212) 903-9100 (fax)

                                        *Attorney for Defendant Daniel Delvalle*