## CERTIFICATE OF SERVICE

  I, Lance Croffoot-Suede, an attorney duly admitted to practice law before this Court, hereby certify that, on June 19, 2013, I caused to be served a true and correct copy of Defendant Daniel Delvalle's Motion for a Bill of Particulars and all supporting papers, including the Notice of Motion and the Memorandum of Law, via this Court's ECF/CM system to all parties registered to receive service in this case.

                /s/ Lance Croffoot-Suede