## CERTIFICATE OF SERVICE

I, Lance Croffoot-Suede, an attorney duly admitted to practice law before this Court, hereby certify that, on July 19, 2013, I caused to be served a true and correct copy of the Reply in Further Support of Defendant Daniel Delvalle's Motion for a Bill of Particulars and the supporting Declaration of Lance Croffoot-Suede via this Court's ECF/CM system to all parties registered to receive service in this case.

/s/ Lance Croffoot-Suede