# Linklaters

1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 212-903-9261
Lance.Croffoot-Suede@linklaters.com

The Honorable William H. Pauley III
United States District Judge
500 Pearl Street
New York, NY 10007-1312

October 31, 2013

Re:  <u>United States v. Daniel Delvalle, et al.</u>, No. 12-cr-732 (WHP)

Dear Judge Pauley:

I am CJA counsel for Defendant Daniel Delvalle in the above-referenced matter. I write to request an appearance before Your Honor for purposes of seeking a substitution of attorneys and appointment of new CJA counsel to represent Mr. Delvalle. The reason for this request is because Mr. Delvalle and I have irreconcilable differences of opinion as regards appropriate strategy for handling his defense going forward. Mr. Delvalle has had explained to him that because of these irreconcilable differences, he will need to proceed with new counsel. I have advised Assistant U.S. Attorneys Ryan Poscablo and Santosh Aravind regarding this matter and they have raised no objections.

For the foregoing reasons, I respectfully request to appear before Your Honor to seek a substitution of attorneys at a time during the following periods, if possible: November 1, 2013, from 10:00 a.m. onward; November 4, 2013 from 1:00 p.m. onward; or November 5, 2013 from 9:00 a.m. to 2:30 p.m.

Yours sincerely,

Lance Croffoot-Suede
Partner

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

//