UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)<br>DANIEL DELVALLE, et al.,            )<br>)<br>Defendants.                         )<br>) | No. 12-cr-732 (WHP) |

### NOTICE OF WITHDRAWAL OF DANIEL DELVALLE'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that Defendant Daniel Delvalle, by and through his undersigned attorneys, hereby withdraws his Motions *in Limine* for an order to exclude any and all evidence of uncharged crimes related to the killing of Kenya Miller and an order requiring the Government to disclose all Brady / Giglio material and 18 U.S.C. § 3500 material no later than December 14, 2013, filed with this Court on November 1, 2013.

Dated: December 2, 2013
       New York, New York

                                          Respectfully submitted,

                                          /s/ Lance Croffoot-Suede
                                          Lance R. Croffoot-Suede, Esq.
                                          Linklaters LLP
                                          1345 Avenue of the Americas
                                          New York, NY 10105
                                          (212) 903-9000
                                          (212) 903-9100 (fax)

                                          *Attorney for Defendant Daniel Delvalle*