## CERTIFICATE OF SERVICE

      I, Lance Croffoot-Suede, an attorney duly admitted to practice law before this Court, hereby certify that, on December 2, 2013, I caused to be served a true and correct copy of the Notice of Withdrawal of Daniel Delvalle's Motions *In Limine* via this Court's ECF/CM system to all parties registered to receive service in this case.

      /s/ Lance Croffoot-Suede