UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :

        -against-                             :        12 Cr. 732 (WHP)

DANIEL DELVALLE                          :        <u>ORDER</u>

               Defendants.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing for defendant Daniel Delvalle is re-scheduled to May 30, 2014 at 3:00 p.m.

Dated: February 6, 2014
       New York, New York

SO ORDERED:

_____<br>
WILLIAM H. PAULEY III,<br>
U.S.D.J.

*Counsel of Record:*
Ryan Poscablo, Esq.
U.S. Attorney's Office, SDNY
*Counsel for Government*

Lance Croffoot-Suede, Esq.
*Counsel for Defendant*