Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212-903-9261
Direct Fax 212-903-9100
Lance.croffoot-suede@linklaters.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-14

RECEIVED
APR - 1 2014
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

BY HAND

March 31, 2014

Re: United States v. Daniel Delvalle, et al., No. 12-cr-732 (WHP)

Dear Judge Pauley,

We represent Daniel Delvalle in the above referenced case. With consent of the Government, we respectfully request an adjournment of Mr. Delvalle's sentencing, currently scheduled for May 30, 2014.

The requested adjournment is due to a scheduling conflict that has arisen in connection with another matter, as a result of which I need to be out of the country from May 15th through June 1st. Specifically, I am required to travel to various locations in Nepal on assignment for the Independent Commission for Aid Impact, an agency of the British government, assessing the Department for International Development's anti-corruption programming.

I am available any time during the week of June 2nd, and the Government has indicated they are amenable to the sentencing being rescheduled during that week as well.

Respectfully submitted,

/s/ KZM
Lance Croffoot-Suede
Partner

Application Granted. Sentencing is rescheduled to June 4, 2014 at 2:00 p.m.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

cc: AUSA Santosh Aravind (by email and ECF)
    AUSA Ryan Poscablo (by email and ECF)

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.